IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-513-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REYMUNDO CAMERO-CASTANEDA, | ) | |
| | ) | |
| Defendant. | ) | |

On December 5, 2023, the United States filed a motion in the United States Court of Appeals for the Fourth Circuit to remand. The United States requested a remand to correct a statement it made in this court in opposition to Reymundo Camero-Castaneda's ("Camero-Castaneda" or "defendant") motion to dismiss the indictment. The statement concerned 2005 removal proceedings.

On December 8, 2023, the Fourth Circuit granted the United States' motion to remand [D.E. 88]. On October 14, 2024, Camero-Castaneda filed a renewed motion to dismiss the indictment [D.E. 96]. On December 13, 2024, the United States responded in opposition [D.E. 99]. On January 13, 2025, Camero-Castaneda replied [D.E. 100].

On May 30, 2025, the court ordered the parties to submit supplemental briefing [D.E. 101]. On May 30, 2025, Camero-Castaneda filed his supplemental brief [D.E. 102]. On June 13, 2025, the United States filed its supplemental brief [D.E. 104].

The court will hold a hearing in this matter on October 9, 2025, at 1:00 p.m. in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina. At the hearing, the United States will clarify whether it plans to continue with this case or dismiss it. See Fed. R. Crim. P. 48(a).

SO ORDERED.   This _3_ day of October, 2025.

JAMES C. DEVER III
United States District Judge