UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-513-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER GRANTING LEAVE TO |
| v. | ) | DISMISS INDICTMENT |
| | ) | |
| REYMUNDO CAMERO-CASTANEDA | ) | |

This matter comes now before the Court upon the United States's unopposed motion for leave of court to dismiss the Indictment in the above-captioned case. In the interest of justice and for the reasons stated in the United States's motion, the Court hereby GRANTS the motion. This matter is hereby dismissed, and any pending motions are hereby denied as moot.

SO ORDERED.

This the 17 day of December, 2025.

JAMES C. DEVER III
United States District Judge